# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-7056 September Term, 2006

07cv00534



MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 9/14/07
BY: [signature], Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

Filed On: UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT

FILED AUG 7 2007

CLERK

Micheal R. Lucky,
    Appellant

v.

Houston Texas Police Department,
    Appellee

ON APPEAL FROM THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

**BEFORE:** Ginsburg, Chief Judge, and Sentelle and Tatel, Circuit Judges

## JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order, filed March 19, 2007, dismissing with prejudice, be affirmed. The district court correctly concluded that appellant's complaint is frivolous. See 28 U.S.C. § 1915A(b)(1); see also Denton v. Hernandez, 504 U.S. 25, 33 (1992).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

Per Curiam

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: [signature] Deputy Clerk